# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---:|---|
| **Debtor:** | GENTREE LLC |
| **Case Number:** | 2:21-BK-05347-BKM  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 07, 2022 11:00 AM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | LETICIA OROSCO |

## Matters:

1) HEARING ON MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS FILED BY THOMAS E. LITTLER ON BEHALF OF GENTREE LLC.
   **R / M #:** 195 / 0

2) HEARING ON DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION PROPOSED BY DEBTOR DATED MARCH 1, 2022
   **R / M #:** 173 / 0

3) CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY MOTION TO DESIGNATE DEBTOR AS A SINGLE ASSET REAL ESTATE DEBTOR AND FOR RELIEF FROM THE AUTOMATIC STAY RE: REAL PROPERTY COMMONLY KNOWN AS 7101 E. LINCOLN DR., PARADISE VALLEY, AZ 85253 FILED BY SEAN P. O'BRIEN OF GUST ROSENFELD P.L.C. ON BEHALF OF SMOKETREE RESORT LLC.
   **R / M #:** 25 / 0

## Appearances:

THOMAS E. LITTLER, ATTORNEY FOR GENTREE LLC
SEAN P. O'BRIEN, ATTORNEY FOR SMOKETREE RESORT LLC
ROBERT C WILLIAMS, ATTORNEY FOR SMOKETREE RESORT LLC
KELLY SINGER, ATTORNEY FOR WALTON GLOBAL HOLDINGS, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:21-BK-05347-BKM          TUESDAY, JUNE 07, 2022 11:00 AM

## *Proceedings:*

### **MATTER 1**

Mr. Littler presents the motion and advises that the debtor is seeking Court approval of the sale. He states that the parties are working on a final form of order which he expects to be submitted soon. He indicates that the liquor license request is being withdrawn. He reviews the declaration of Mr. Robinson.

Mr. O'Brien states that his client supports the motion to sell to the Walton Group. He requests that the Court allow the secured creditor to credit bid under 363(k) and accept that as a backup offer.

Mr. Singer advises that, as long as the backup bidder does not thwart entry of an order today, his client does not object to the backup bid of Smoketree.

Mr. Littler states that the debtor wants the backup offer to be the first backup offer.

COURT:  IT IS ORDERED DENYING MR. O'BRIEN'S REQUEST TO ALLOW THE SECURED CREDITOR TO CREDIT BID UNDER 363(K). THE COURT WILL NOT ENTERTAIN A BACKUP BID TODAY.

IT IS ORDERED APPROVING THE SALE AS SET FORTH IN THE MOTION AND AS MODIFIED BY THE NOTICE THAT WAS FILED ON JUNE 1, 2022 WHICH CONFIRMED THAT THE OPTION WAS EXERCISED AND THE LIQUOR LICENSE WILL NOT BE INCLUDED IN THE SALE. MR. LITTLER IS DIRECTED TO UPLOAD A FORM OF ORDER.

### **MATTER 2**

Mr. Littler advises that the plan and disclosure are being withdrawn as moot.

### **MATTER 3**

Mr. O'Brien asks that this matter be continued as a final hearing to a date in late July.

COURT:  IT IS ORDERED SETTING IN PERSON ORAL ARGUMENT ON JULY 28, 2022 AT 11:00 AM.  THIS HEARING WILL BE VACATED IF THE SALE GOES FORWARD.