7/21/2022

**Gentree LLC**

**Post Petition Payables - June, 2022**

| Post Petition | Current | TOTAL |
|---|---|---|
| APS | $ 618.18 | $ 618.18 |
| City of Scottsdale | $ 88.31 | $ 88.31 |
| EPCOR | $ 595.69 | $ 595.69 |
| Gallagher & Kennedy P.A. | $ 136,736.16 | $ 136,736.16 |
| Littler PC | $ 68,498.67 | $ 68,498.67 |
| Town of Paradise Valley Municipal Service | $ 129.60 | $ 129.60 |
| **TOTAL** | **$ 206,666.61** | **$ 206,666.61** |

**Gentree LLC**
**Debt Summary**
**Case 2-21-bk-05347-BKM**
**Forms 206**

| | Unsecured | Secured |
|---|---|---|
| Beus Gilbert McGroder PLLC | $ 94,809.11 | |
| Coe & Van Loo Consultants, Inc. | $ 1,036.00 | |
| Peterson Architecture, LLC | $ 22,492.07 | |
| Maricopa County Treasurer | | $ - |
| Smoke Tree Resort, LLC | | $ - |
| Thunderbird Orion, Ray Holdings LLC | | $ - |
| 7101 Holdings, LLC | $ 3,110,053.12 | $ - |
| **Total Secured** | **$ 3,228,390.30** | **$ -** |

| Form 206Sum | Amount |
|---|---|
| Real property | $ - |
| Total personal property | $ 2,557,974.25 |
| ***Total of all property*** | ***$ 2,557,974.25*** |
| | |
| j. Total postpetition debt | $ 206,666.61 |
| k. Prepetition secured debt | $ - |
| l. Prepetition priority debt | $ - |
| m. Prepetition unsecured debt | 3,228,390.30 |
| ***n. Total Liabilities*** | ***$ 3,435,056.91*** |
| | |
| ***Ending Equity*** | ***$ (877,082.66)*** |

| | Type | Date | Num | Name | Memo | Clr | Split | Inflows | Outflows | Balance | | MOR REPORTING Inflows | Outflows | Balance | INSURANCE PROCEEDS Inflows | Outflows | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Condemnation DIP** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 52,863.11 | Beg Balance | | | | | | | |
| | Check | 06/13/2022 | Jul Int '22 | Gust Rosenfeld PLC | Jul Interest | √ | Interest Expense | | 17,448.85 | 35,414.26 | | | | | | | | |
| Total Condemnation DIP | | | | | | | | 0.00 | 17,448.85 | 35,414.26 | End Balance | | 17,448.85 | | | | | |
| **DIP Insurance** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 0.00 | Beg Balance | | | | | | 0.00 | Beg Balance |
| | Bank Debit | 05/31/2022 | Svc 0522 | Bank Service Charge | Monthly Svc Fee | | Bank Service Charges | | 10.00 | -10.00 | | | 10.00 | | 0.00 | 10.00 | -10.00 | |
| | Bank Debit | 06/30/2022 | Svc 0622 | Bank Service Charge | Monthly Svc Fee | | Bank Service Charges | | 10.00 | -20.00 | | | 10.00 | | 0.00 | 10.00 | -20.00 | |
| Total DIP Insurance | | | | | | | | 0.00 | 20.00 | -20.00 | End Balance | | 20.00 | | | | -20.00 | End Balance |
| **Operating Account DIP Post-Pet** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 2,137.81 | Beg Balance | | | | | | | |
| | Deposit | 06/16/2022 | | | Deposit | √ | Note 7101 Holdings DIP Finance | 2,500.00 | | 4,637.81 | | 2,500.00 | | | | | | |
| | Deposit | 06/27/2022 | | | Deposit | √ | Parking Rental Revenue | 600.00 | | 5,237.81 | | 600.00 | | | | | | |
| | Bill Pmt -Check | 06/01/2022 | 1177 | Eduardo Marin Gonzalez | | √ | 20000 · Accounts Payable | | 448.00 | 4,789.81 | | | 448.00 | | | | | |
| | Bill Pmt -Check | 06/01/2022 | 1178 | EPCOR | | √ | 20000 · Accounts Payable | | 230.25 | 4,559.56 | | | 230.25 | | | | | |
| | Bill Pmt -Check | 06/01/2022 | 1179 | EPCOR | | √ | 20000 · Accounts Payable | | 872.82 | 3,686.74 | | | 872.82 | | | | | |
| | Bill Pmt -Check | 06/01/2022 | 1180 | Southwest Gas | | √ | 20000 · Accounts Payable | | 31.13 | 3,655.61 | | | 31.13 | | | | | |
| | Bill Pmt -Check | 06/01/2022 | 1181 | Southwest Gas | | √ | 20000 · Accounts Payable | | 53.13 | 3,602.48 | | | 53.13 | | | | | |
| | Bill Pmt -Check | 06/01/2022 | 1182 | Southwest Gas | | √ | 20000 · Accounts Payable | | 31.13 | 3,571.35 | | | 31.13 | | | | | |
| | Bill Pmt -Check | 06/10/2022 | 1183 | Gentree LLC | | √ | 20000 · Accounts Payable | | 250.00 | 3,321.35 | | | 250.00 | | | | | |
| | Bill Pmt -Check | 06/16/2022 | 1184 | Eduardo Marin Gonzalez | | √ | 20000 · Accounts Payable | | 448.00 | 2,873.35 | | | 448.00 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1185 | APS | | √ | 20000 · Accounts Payable | | 11.20 | 2,862.15 | | | 11.20 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1186 | APS | | √ | 20000 · Accounts Payable | | 73.96 | 2,788.19 | | | 73.96 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1187 | APS | | √ | 20000 · Accounts Payable | | 200.93 | 2,587.26 | | | 200.93 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1188 | APS | | √ | 20000 · Accounts Payable | | 29.26 | 2,558.00 | | | 29.26 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1189 | APS | | √ | 20000 · Accounts Payable | | 59.19 | 2,498.81 | | | 59.19 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1190 | APS | | √ | 20000 · Accounts Payable | | 42.17 | 2,456.64 | | | 42.17 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1191 | APS | | √ | 20000 · Accounts Payable | | 114.31 | 2,342.33 | | | 114.31 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1192 | City of Scottsdale | | √ | 20000 · Accounts Payable | | 98.12 | 2,244.21 | | | 98.12 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1193 | EPCOR | | √ | 20000 · Accounts Payable | | 233.71 | 2,010.50 | | | 233.71 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1194 | EPCOR | | √ | 20000 · Accounts Payable | | 879.50 | 1,131.00 | | | 879.50 | | | | | |
| | Bill Pmt -Check | 06/20/2022 | 1195 | Town of Paradise Valley Municipal Service | | √ | 20000 · Accounts Payable | | 144.00 | 987.00 | | | 144.00 | | | | | |
| | Bill Pmt -Check | 06/28/2022 | 1196 | Southwest Gas | | | 20000 · Accounts Payable | | 31.13 | 955.87 | | | 31.13 | | | | | |
| | Bill Pmt -Check | 06/28/2022 | 1197 | Southwest Gas | | | 20000 · Accounts Payable | | 53.18 | 902.69 | | | 53.18 | | | | | |
| | Bill Pmt -Check | 06/28/2022 | 1198 | Southwest Gas | | | 20000 · Accounts Payable | | 31.13 | 871.56 | | | 31.13 | | | | | |
| | Bill Pmt -Check | 06/29/2022 | 1199 | Eduardo Marin Gonzalez | | √ | 20000 · Accounts Payable | | 448.00 | 423.56 | | | 448.00 | | | | | |
| Total Operating Account DIP Post-Pet | | | | | | | | 3,100.00 | 4,814.25 | 423.56 | End Balance | 3,100.00 | 4,814.25 | | | | | |
| **Pre-Petition DIP Checking** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 64.78 | Beg Balance | | | | | | | |
| | Bank Debit | 05/03/2022 | Svc 0522 | Bank Service Charge | Monthly Svc Fee | | Bank Service Charges | | 148.48 | -83.70 | | | 148.48 | | | | | |
| | Bank Debit | 06/02/2022 | Svc 0622 | Bank Service Charge | Monthly Svc Fee | | Bank Service Charges | | 201.04 | -284.74 | | | 201.04 | | | | | |
| | Deposit | 06/10/2022 | | Transfer from Operating Account | | | Transfer Clearing | 250.00 | | -34.74 | | 250.00 | | | | | | |
| | Bank Debit | 06/30/2022 | | Charge Off Account | | | Charge Off Account | 34.74 | | -0.00 | | 34.74 | | | | | | |
| Total Pre-Petition DIP Checking | | | | | | | | 284.74 | 349.52 | -0.00 | End Balance | | 349.52 | | | | | |
| **Sponsor DIP Loan** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 200.00 | Beg Balance | | | | | | | |
| | Deposit | 06/29/2022 | | Fidelity National Title | Close of Escrow Settlement Proceeds | | | 2,430,729.67 | | 2,430,929.67 | | 2,430,729.67 | | | | | | |
| Total Sponsor DIP Loan | | | | | | | | | | 2,430,929.67 | End Balance | | | | | | | |
| **TOTAL** | | | | | | | | 3,384.74 | 22,632.62 | 2,466,747.49 | | 2,434,114.41 | 22,632.62 | | | | | |
| | | | | | | | | | | | | *Receipts* | *Disbursemts* | | | | | |
| | | | | | | | | | | | | | 2,402.59 | Unused DIP Loan Balance 05/31/22 | | | | |
| | | | | | | | | | | | | | (4,563.77) | DIP Loan funds utilized for Cash shortfall | | | | |
| | | | | | | | | | | | | | 2,500.00 | Additional DIP Loan Funding | | | | |
| | | | | | | | | | | | | | 338.82 | Unused DIP Loan Balance 06/30/22 | | | | |

**ATTACHMENT**

**Explanation for Part 7(g):**

**Debtor In Possession ("DIP") Loan**

On August 13, 2021, Debtor Gentree, LLC ("Debtor" or "Gentree") filed a *Motion to Approve §364(b) Unsecured Financing for Debtor* [docket entry ("DE") 30]. After hearings on August 18 and August 31, 2021, the Court approved the Motion [DE 45 and 64]. The order authorized a DIP loan from Gentree's member, 7101 Holdings, LLC on an unsecured basis. The loan is for up to $120,000, on an as-needed basis, with interest accruing at 2% per annum. The DIP loan's purpose is to provide funds to remediate the resort property from the storm damage it incurred and for other operational and ordinary business expenses and costs. $76,500 of the DIP loan has been funded since September 2021. $25,524 was used as of December 31, 2021, $7,621 additional DIP loan funds were utilized as of the January 31, 2022, $32,274 additional DIP loan funds were utilized as of February 28, 2022, $4,552 additional DIP loan funds were utilized as of March 31, 2022, $3,997 additional DIP loan funds were utilized as of April 30, 2022, $26,129 additional DIP loan funds were utilized as of May 31, 2022, and $4,564 additional DIP loan funds were utilized as of June 30, 2022. The cumulative total DIP loan funded to Gentree has been $105,000 and the total DIP loan funds utilized utilized as of June 30, 2022 is $104,661, leaving a cash balance of $339. Thus far, the DIP loan has been used to pay utilities, repairs and maintenance costs on the resort property, and court approved legal expenses.

**Condemnation Proceeds**

On October 21, 2021, the Court entered an Order [DE 89] approving on an interim basis, Gentree's use of the Condemnation Proceeds that were the subject of its *Motion for Order Authorizing Use of Cash Collateral* [DE 82 and 83]. The Order permitted Gentree to make its monthly interest payment to the secured lender of the resort property, Smoke Tree Resort LLC, in the amount of $17,448.85. Gentree then used those funds and timely made that payment for the month of October 2021.

On November 16, 2021, the Court granted Gentree's and the lender's *Stipulated Order Resolving Gentree's Pending Motion for Order Authorizing Use of Cash Collateral* [DE 110], which permitted Gentree to use the Condemnation Proceeds to make its monthly interest payments to the lender for the months of November 2021, December 2021, January 2022, February 2022, March 2022, April 2022, May 2022, and June 2022. Gentree made timely payments for those months (and as reflected in Part 4(h) for the current MOR reporting period).

On June 29, 2022, the property was sold and the lender was paid-in-full.



**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

RECEIVED JUL 11 2022

AB 01 025064 78367 H 74 A

GENTREE LLC DEBTOR-IN-POSSESSION
AZBKE 2:21-BK-05347-BKM
CONDEMNATION ACCOUNT
3620 E CAMPBELL AVE STE B
PHOENIX AZ 85018-3581

ACCOUNT NUMBER 98
0

STATEMENT DATE 25
6-30-22 PAGE 1 00

DIRECT WRITTEN INQUIRIES TO THE ABOVE ADDRESS. FOR PERSONAL ACCOUNTS YOU MAY CALL 800.860.4862, FOR COMMERCIAL ACCOUNTS 866.204.3913

## CHECKING ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS STATEMENT 5-31-22, BALANCE OF | | 52,863.11 |
| 1 CHECKS AND OTHER DEBITS TOTALING | 17,448.85- | |
| CURRENT BALANCE AS OF STATEMENT DATE | | 35,414.26 |

AVERAGE COLLECTED BALANCE THIS PERIOD 42,393.80

## CHECKING ACCOUNT TRANSACTIONS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 06-13 | 17,448.85- | WIRE TRANSFER WITHDRAWAL |

025064 1/1

**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

RECEIVED JUL 11 2022

AB 01 024856 78367 H 74 A

GENTREE LLC
DEBTOR-IN-POSSESSION
AZBKE 2:21-BK-05347-BKM
3620 E CAMPBELL AVE STE B
PHOENIX AZ 85018-3581

ACCOUNT NUMBER 98
0

STATEMENT DATE 25
6-30-22 PAGE 1 00

DIRECT WRITTEN INQUIRIES TO THE ABOVE ADDRESS. FOR PERSONAL ACCOUNTS YOU MAY CALL 800.860.4862, FOR COMMERCIAL ACCOUNTS 866.204.3913

## CHECKING ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS STATEMENT 5-31-22, BALANCE OF | | 83.70- |
| 2 DEPOSITS AND OTHER CREDITS TOTALING | 284.74 | |
| 1 CHECKS AND OTHER DEBITS TOTALING | 201.04- | |
| CURRENT BALANCE AS OF STATEMENT DATE | | .00 |

## CHECKING ACCOUNT TRANSACTIONS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 06-02 | 201.04- | ANALYSIS SERVICE CHARGE(S) |
| 06-10 | 250.00+ | DEPOSIT |
| 06-30 | 34.74+ | CHARGE OFF ACCOUNT - CREDIT |

## BALANCES AFTER TRANSACTIONS - INCLUDING UNCOLLECTED FUNDS

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 06-02 | 284.74- | 06-10 | 34.74- | 06-30 | .00 | | | | |

024856 1/2

**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

Branch: 833
Cash Dwr: S6864

DDA Customer Deposit Ticket
DDADEP

Account Number: [redacted]
Date: 06/10/2022 5:49:49 PM
Amount: $ 250.00

⑈ ⑈ ⑆101000695⑆ [redacted]

06/10/2022 0 $250.00

024856 2/2



**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

RECEIVED JUL 11 2022

AB 01 024768 78367 H 74 A

GENTREE LLC
DEBTOR-IN-POSSESSION
AZBKE 2:21-BK-05347-BKM
POST-PETITION FUNDS
3620 E CAMPBELL AVE STE B
PHOENIX AZ 85018-3581

ACCOUNT NUMBER [redacted] 98 20

STATEMENT DATE 6-30-22 PAGE 1 25 00

DIRECT WRITTEN INQUIRIES TO THE ABOVE ADDRESS. FOR PERSONAL ACCOUNTS YOU MAY CALL 800.860.4862, FOR COMMERCIAL ACCOUNTS 866.204.3913

## CHECKING ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS STATEMENT 5-31-22, BALANCE OF | | 2,137.81 |
| 2 DEPOSITS AND OTHER CREDITS TOTALING | 3,100.00 | |
| 20 CHECKS AND OTHER DEBITS TOTALING | 4,698.81- | |
| CURRENT BALANCE AS OF STATEMENT DATE | | 539.00 |
| AVERAGE COLLECTED BALANCE THIS PERIOD | 1,378.57 | |

## CHECKING ACCOUNT TRANSACTIONS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | |
|---|---|---|---|
| 06-16 | 2,500.00+ | DEPOSIT | REF 34241019 |
| 06-27 | 600.00+ | DEPOSIT | REF 31397436 |

| DATE | REF | CHECK NO | AMOUNT | DATE | REF | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|
| 06-02 | 84136840 | 1177 | 448.00 | 06-28 | 82210918 | 1187 | 200.93 |
| 06-07 | 82175256 | 1178 | 230.25 | 06-28 | 82210915 | 1188 | 29.26 |
| 06-07 | 82175257 | 1179 | 872.82 | 06-28 | 82210914 | 1189 | 59.19 |
| 06-10 | 85143595 | 1180 | 31.13 | 06-29 | 83169794 | 1190 | 42.17 |
| 06-10 | 85143596 | 1181 | 53.13 | 06-28 | 82210916 | 1191 | 114.31 |
| 06-09 | 84122839 | 1182 | 31.13 | 06-28 | 82201222 | 1192 | 98.12 |
| 06-10 | 35252988 | 1183 | 250.00 | 06-28 | 82195277 | 1193 | 233.71 |
| 06-17 | 85136087 | 1184 | 448.00 | 06-28 | 82195278 | 1194 | 879.50 |
| 06-28 | 82210917 | 1185 | 11.20 | 06-27 | 81264971 | 1195* | 144.00 |
| 06-29 | 83169793 | 1186 | 73.96 | 06-30 | 84138520 | 1199 | 448.00 |

* INDICATES SKIP IN SEQUENTIAL CHECK NUMBERS

## BALANCES AFTER TRANSACTIONS - INCLUDING UNCOLLECTED FUNDS

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 06-02 | 1,689.81 | 06-10 | 221.35 | 06-27 | 2,729.35 | 06-30 | 539.00 |
| 06-07 | 586.74 | 06-16 | 2,721.35 | 06-28 | 1,103.13 | | |
| 06-09 | 555.61 | 06-17 | 2,273.35 | 06-29 | 987.00 | | |

024768 1/3

**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

Branch: 833
Cash Dwr: 56863

DDA Customer Deposit Ticket
DDADEP

Account Number: [redacted]
Date: 06/16/2022 4:22:23 PM
Amount: $ 2,500.00

06/16/2022 0 $2,500.00

Branch: 833
Cash Dwr: 56864

DDA Customer Deposit Ticket
DDADEP

Account Number: [redacted]
Date: 06/27/2022 4:49:06 PM
Amount: $ 600.00

06/27/2022 0 $600.00

Gentree LLC Debtor-in-Possession — 1177 — PAY Eduardo Marin Gonzalez — $ **448.00 — FOUR-HUNDRED-FORTY-EIGHT AND 00/100 DOLLARS

06/02/2022 1177 $448.00

Gentree LLC Debtor-in-Possession — 1178 — PAY EPCOR — $ **230.25 — TWO-HUNDRED-THIRTY AND 25/100 DOLLARS

06/07/2022 1178 $230.25

Gentree LLC Debtor-in-Possession — 1179 — PAY EPCOR — $ **872.82 — EIGHT-HUNDRED-SEVENTY-TWO AND 82/100 DOLLARS

06/07/2022 1179 $872.82

Gentree LLC Debtor-in-Possession — 1180 — PAY Southwest Gas — $ **31.13 — THIRTY-ONE AND 13/100 DOLLARS

06/10/2022 1180 $31.13

Gentree LLC Debtor-in-Possession — 1181 — PAY Southwest Gas — $ **53.13 — FIFTY-THREE AND 13/100 DOLLARS

06/10/2022 1181 $53.13

Gentree LLC Debtor-in-Possession — 1182 — PAY Southwest Gas — $ **31.13 — THIRTY-ONE AND 13/100 DOLLARS

06/09/2022 1182 $31.13

Gentree LLC Debtor-in-Possession — 1183 — PAY Gentree LLC — $ **250.00 — TWO-HUNDRED-FIFTY AND 00/100 DOLLARS

06/10/2022 1183 $250.00

Gentree LLC Debtor-in-Possession — 1184 — PAY Eduardo Marin Gonzalez — $ **448.00 — FOUR-HUNDRED-FORTY-EIGHT AND 00/100 DOLLARS

06/17/2022 1184 $448.00

024768 2/3

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1185

DATE 6/28/2022

PAY APS $ **11.20

ELEVEN AND 20/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01185⑈ ⑆101000695⑆

06/28/2022 1185 $11.20

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1186

DATE 6/29/2022

PAY APS $ **73.96

SEVENTY-THREE AND 96/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01186⑈ ⑆101000695⑆

06/29/2022 1186 $73.96

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1187

DATE 6/28/2022

PAY APS $ **200.93

TWO-HUNDRED AND 93/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01187⑈ ⑆101000695⑆

06/28/2022 1187 $200.93

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1188

DATE 6/28/2022

PAY APS $ **29.26

TWENTY-NINE AND 26/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01188⑈ ⑆101000695⑆

06/28/2022 1188 $29.26

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1189

DATE 6/28/2022

PAY APS $ **59.19

FIFTY-NINE AND 19/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01189⑈ ⑆101000695⑆

06/28/2022 1189 $59.19

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1190

DATE 6/29/2022

PAY APS $ **42.17

FORTY-TWO AND 17/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01190⑈ ⑆101000695⑆

06/29/2022 1190 $42.17

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1191

DATE 6/28/2022

PAY APS $ **114.31

ONE-HUNDRED-FOURTEEN AND 31/100 DOLLARS

TO THE ORDER OF
APS
PO Box 37812
Boone IA 50037-0812

⑈01191⑈ ⑆101000695⑆

06/28/2022 1191 $114.31

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1192

DATE 6/28/2022

PAY City of Scottsdale $ **98.12

NINETY-EIGHT AND 12/100 DOLLARS

TO THE ORDER OF
City of Scottsdale
PO Box 52103
Los Angeles CA 90094-2105

⑈01192⑈ ⑆101000695⑆

06/28/2022 1192 $98.12

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1193

DATE 6/28/2022

PAY EPCOR $ **233.71

TWO-HUNDRED-THIRTY-THREE AND 71/100 DOLLARS

TO THE ORDER OF
EPCOR
PO Box 37782
Boone, IA 50037-0782

⑈01193⑈ ⑆101000695⑆

06/28/2022 1193 $233.71

Gentree LLC Debtor-In-Possession
3620 E Campbell Ave, Suite B
Phoenix, AZ 85018
602-952-8811

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1194

DATE 6/28/2022

PAY EPCOR $ **879.50

EIGHT-HUNDRED-SEVENTY-NINE AND 50/100 DOLLARS

TO THE ORDER OF
EPCOR
PO Box 37782
Boone, IA 50037-0782

⑈01194⑈ ⑆101000695⑆

06/28/2022 1194 $879.50

**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

UMB

Gentree LLC Debtor-in-Possession
3620 E Campbell Ave, Suite 9
Phoenix, AZ 85018
602-952-8611

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1195

DATE [illegible]
Reference:

PAY Town of Paradise Valley $ **144.00

ONE-HUNDRED-FORTY-FOUR AND 00/100********************************************** DOLLARS

TO THE ORDER OF
Town of Paradise Valley
P.O. Box 842324
Los Angeles, CA 90084-2324

⑈01195⑈ ⑆101000695⑆

06/27/2022 1195 $144.00

Gentree LLC Debtor-in-Possession
3620 E Campbell Ave, Suite 9
Phoenix, AZ 85018
602-952-8611

UMB Bank
Post Office Box 419226
Kansas City, MO 64141

1199

DATE 6/29/2022
Reference:

PAY Eduardo Marin Gonzalez $ **448.00

FOUR-HUNDRED-FORTY-EIGHT AND 00/100********************************************** DOLLARS

TO THE ORDER OF
Eduardo Marin Gonzalez
[illegible]20 W Garfield Street
Phoenix AZ [illegible]

⑈01199⑈ ⑆101000695⑆

06/30/2022 1199 $448.00

024768 3/3

**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226

RECEIVED JUL 1 1 2022

AB 01 025075 78367 H 74 A

GENTREE LLC DEBTOR-IN-POSSESSION
AZBKE 2:21-BK-05347-BKM
GENTREE DEBTOR IN POSESSION INSURANCE
3620 E CAMPBELL AVE STE B
PHOENIX AZ 85018-3581

ACCOUNT NUMBER 98
[redacted]
0

STATEMENT DATE 25
6-30-22 PAGE 1 00

DIRECT WRITTEN INQUIRIES TO THE ABOVE ADDRESS. FOR PERSONAL ACCOUNTS YOU MAY CALL 800.860.4862, FOR COMMERCIAL ACCOUNTS 866.204.3913

## - - - - - ESSENTIAL BUSINESS CHECKING ACCOUNT SUMMARY - - - - - -

| | | |
|---|---|---|
| PREVIOUS STATEMENT 5-31-22, BALANCE OF | | 10.00- |
| SERVICE CHARGE AMOUNT | 10.00- | |
| CURRENT BALANCE AS OF STATEMENT DATE | | 20.00- |
| AVERAGE COLLECTED BALANCE THIS PERIOD | 10.00- | |

## - - - - - - - - - - - ACCOUNT TRANSACTIONS - - - - - - - - - - -

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 06-30 | 10.00- | MONTHLY SERVICE FEE |

EFFECTIVE 6-16-22, OUR DEPOSIT ACCOUNT AGREEMENT HAS BEEN UPDATED. WE HAVE INCREASED CERTAIN DOLLAR AMOUNTS THAT WE WILL MAKE AVAILABLE TO YOU AFTER A CHECK DEPOSIT. REFERENCES TO $225 HAVE INCREASED TO $500. FOR A COPY OF THE ACCOUNT AGREEMENT VISIT UMB.COM/TERMS OR CALL 800.860.4862.

MEMBER FDIC

025075 1/1

UMB Bank, n.a.
Post Office Box 419226
Kansas City, Missouri 64141-6226

RECEIVED JUL 11 2022



AB 01 025063 78367 H 74 A

GENTREE LLC DEBTOR-IN-POSSESSION
AZBKE 2:21-BK-05347-BKM
"DIP Sale Proceeds"
3620 E CAMPBELL AVE STE B
PHOENIX AZ 85018-3581

ACCOUNT NUMBER 98

0

STATEMENT DATE 25
6-30-22 PAGE 1 00

DIRECT WRITTEN INQUIRIES TO THE ABOVE ADDRESS. FOR PERSONAL ACCOUNTS YOU MAY CALL 800.860.4862, FOR COMMERCIAL ACCOUNTS 866.204.3913

## CHECKING ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS STATEMENT 5-31-22, BALANCE OF | | 200.00 |
| 1 DEPOSITS AND OTHER CREDITS TOTALING | 2,430,729.67 | |
| CURRENT BALANCE AS OF STATEMENT DATE | | 2,430,929.67 |

AVERAGE COLLECTED BALANCE THIS PERIOD 162,248.64

## CHECKING ACCOUNT TRANSACTIONS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 06-29 | 2,430,729.67+ | WIRE TRANSFER DEPOSIT |

025063 1/1